# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 10-5319

September Term 2011

1:04-cv-01254-HHK

**Filed On:** April 27, 2012

Adnan Farhan Abd Al Latif , Detainee, Camp Delta, et al.,

      Appellees

    v.

Barack Obama, President of the United States, et al.,

      Appellants

**BEFORE:** Henderson, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to release public opinion reflecting declassification re-review, it is

**ORDERED** that the motion be granted. The Clerk is directed to release publicly the court's opinion with the redactions proposed by appellants.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk